JANE E. BETZAG, as Administratrix of the Estate of JOHN A. BETZAG, et al., Appellants, *v.* GULF OIL CORPORATION, Respondent.

Argued October 6, 1949; decided December 2, 1949.

*Matthew S. Gibson* and *Frederick L. Scofield* for motion.

*John W. MacDonald, Thomas J. P. Cawley, Horace E. White-side* and *Rudolf B. Schlesinger* opposed.

Motion denied, without costs. Upon the hearing of the appeal the parties may reargue the question whether the decision of the Appellate Division (275 App. Div. 770) is in accord with the remittitur of this court.